UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-61588-CIV-HUCK/BANDSTRA

LAVERN DEER,

    Plaintiff,

v.

SALTZMAN, TANIS, PITTELL, LEVIN &
JACOBSON, INC., a Florida for Profit
Corporation d/b/a PEDIATRIC ASSOCIATES,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on (1) Defendant's Verified Motion to Tax Costs (D.E. # 76), filed August 5, 2011, and (2) Defendant's Motion for Attorneys' Fees and Costs (D.E. # 79), filed August 24, 2011.  On January 20, 2012, Magistrate Judge Ted E. Bandstra entered a Report and Recommendation (D.E. # 92), in which he recommended that Defendant's Verified Motion to Tax Costs be granted, and Defendant's Motion for Attorneys' Fees and Costs be denied.  Judge Bandstra further recommended that Defendant be awarded $2,026.70 in costs.  Neither party has filed any objections to the Report and Recommendation.  The Court has independently reviewed the Report and Recommendation, pertinent portions of the record, and is otherwise dully advised in the premises.  Accordingly, it is hereby

ORDERED that the Court ADOPTS the findings of fact and conclusions of law in the Report and Recommendation (D.E. # 92).  Defendant's Verified Motion to Tax Costs (D.E. # 76) is GRANTED, and Defendant's Motion for Attorneys' Fees and Costs (D.E. # 79) is DENIED. Defendant is awarded $2,026.70 in costs.

DONE and ORDERED in Chambers, Miami, Florida, January 14, 2012.

                                                                               _____
                                                                               Paul C. Huck
                                                                               United States District Judge

<u>Copies furnished to:</u>
Magistrate Judge Ted E. Bandstra
All Counsel of Record